IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 25-cr-00123-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISHMAEL PETTY,

    Defendant.

---

**NOTICE OF INTENT TO SEEK THE DEATH PENALTY**

---

    The United States of America, by and through its undersigned counsel and pursuant to 18 U.S.C. § 3593(a), notifies the Court and defendant ISHMAEL PETTY that the United States believes the circumstances in Counts One and Two of the Indictment are such that, in the event of a conviction, a sentence of death is justified under 18 U.S.C. §§ 3591-3598, and that the United States will seek the sentence of death for these offenses: First Degree Murder (Count One) and Murder of a Federal Prisoner Serving a Life Sentence (Count Two), both of which carry a possible sentence of death.

    The United States proposes to prove the following factors as justifying a sentence of death with regard to Counts One and Two as specified below:

1. The Defendant ISHMAEL PETTY was 18 years of age or older at the time of the offenses (18 U.S.C. § 3591(a)).

2. The government will prove the following intent factors enumerated under 18 U.S.C. § 3591(a)(2)(A)-(D) in justifying a sentence of death:

    a. ISHMAEL PETTY intentionally killed the victim L.H. (18 U.S.C. § 3591(a)(2)(A));

    b. ISHMAEL PETTY intentionally inflicted serious bodily injury that resulted in the death of the victim L.H. (18 U.S.C. § 3591(a)(2)(B));

    c. ISHMAEL PETTY intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than a participant in the offense, and the victim L.H. died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C));

    d. ISHMAEL PETTY intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than a participant in the offense, such that participation in the act constituted a reckless disregard for human life and the victim L.H. died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D));

3. The government will prove the following statutory aggravating factors enumerated under 18 U.S.C. § 3592(c) in justifying a sentence of death:

    a. The death occurred during the commission or attempted commission of a crime prohibited by 18 U.S.C. § 1118(a) (prisoners serving life term) (18 U.S.C. §3592(c)(1));

    b. ISHMAEL PETTY has previously been convicted of a Federal or State offense, punishable by a term of imprisonment of more than one year, involving the use or attempted or threatened use of a firearm against another person (18 U.S.C.

  §3592(c)(2));

c. ISHMAEL PETTY has previously been convicted of another Federal or State offense resulting in the death of a person, for which a sentence of life imprisonment or a sentence of death was authorized by statute (18 U.S.C. §3592(c)(3));

d. ISHMAEL PETTY has previously been convicted of two or more Federal or State offenses, punishable by a term of imprisonment of more than one year, committed on different occasions, involving the infliction of, or attempted infliction of, serious bodily injury or death upon another person (18 U.S.C. §3592(c)(4)).

e. ISHMAEL PETTY committed the offense after substantial planning and premeditation to cause the death of L.H. a person (18 U.S.C. §3592(c)(9));

4. Pursuant to Title 18, United States Code, Section 3593(a), the government will prove the following other aggravating factors in justifying a sentence of death.

a. ISHMAEL PETTY caused injury, harm, and loss to L.H., as well as to the family and friends of L.H. The injury, harm, and loss cause by ISHMAEL PETTY with respect to L.H. is evidenced by the victim's personal characteristics and by the impact of the victim's death upon his family and friends.

b. ISHMAEL PETTY has demonstrated a lack of remorse for the offenses charged in the Indictment, as evidenced by his statements and actions following the commission of the offenses.

c. ISHMAEL PETTY is a continuing danger to the lives and safety of other persons, and ISHMAEL PETTY is likely to commit criminal acts of violence in the future as evidenced by:

    i.    a low potential for rehabilitation as demonstrated by repeated violent criminal acts while in custody.

    ii.    a willingness to take human life and a lack of remorse for his acts of violence and attempted acts of violence as demonstrated by statements that he made following these violent acts.

DATED this 9th day of April, 2025.

J. BISHOP GREWELL
Acting United States Attorney

By: *s/ Brian Dunn*
Brian Dunn
By: *s/ E. Garreth Winstead*
E. Garreth Winstead
Assistant U.S. Attorneys
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
E-mail: Brian.Dunn@usdoj.gov
E-mail: Garreth.Winstead@usdoj.gov
Attorneys for Government

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

s/ Brian Dunn
BRIAN DUNN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-040
E-mail: Brian.Dunn@usdoj.gov