# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 25-cr-00123-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISHMAEL PETTY,

    Defendant.

---

## UNITED STATES' MOTION TO CONTINUE DATE OF ARRAIGNMENT

---

The United States of America, by and through Assistant United States Attorney Brian Dunn, respectfully moves to continue the defendant's arraignment, which is currently scheduled for April 21, 2025 at 10 a.m. In support of this motion, the government states:

1. The defendant has been charged by indictment with violating 18 U.S.C. 1111(a) and (b), Murder in the First Degree, and 18 U.S.C. 1118(a), Murder by a Federal Prisoner. The murder is alleged to have occurred at United States Penitentiary, Administrative Maximum, in Florence, Colorado. ECF 1.

2. Due to the administrative difficulty and inconvenience to the government and the defendant to safely transport him to his initial appearance, the government inquired as to whether the defendant would agree to waive his personal appearance at his initial appearance and arraignment pursuant to Federal Rules of Criminal Procedure 5(g) (initial) and 10(c) (arraignment), and consent to conducting those hearings by video teleconference ("VTC"). ECF 8.

3.  The defendant consented to VTC for his initial appearance and arraignment. *Id.*

4.  The defendant had his initial appearance on April 16, 2025. The defendant did not contest detention, and an order of detention was issued. ECF 13, 15.

5.  On that date, the government requested to proceed to arraignment and enter the discovery memorandum and order that the government brought to court and previously sent to defense counsel. Defense counsel requested two additional business days to review the discovery memorandum and order with the defendant. Accordingly, the arraignment was scheduled for April 21, 2025 at 10:00 a.m.  ECF 13.

6.  At that time, the parties anticipated that the upcoming arraignment would take place *via* VTC, as agreed upon by the parties.

7.  On April 17, 2025, the defendant filed a notice withdrawing his consent to appear *via* VTC for arraignment and now requests in court appearance for his April 21, 2025 arraignment.

8.  The undersigned has consulted with counsel for the United States Penitentiary, Administrative Maximum. Given the defendant's prior convictions for murdering another inmate and severely beating three BOP staff, the BOP will be unable to safely arrange transport of the defendant with one business days' notice. Only select BOP staff from the BOP's Special Operations Response Team "SORT" are authorized to transport the defendant outside of the institution. The BOP will need 10 days to adjust staffing rosters to ensure the specific number of specialized personnel can safely transport defendant.

9. Accordingly, the government seeks a short continuance of 10 days to whatever date and time is convenient to the Court and defense counsel so that the defendant can be safely transported with adequate protection for staff at BOP.

10. The parties have conferred, and defense counsel opposes this request for a short continuance.

WHEREFORE, the government respectfully requests that the Court continue the arraignment for 10 days for the reasons stated.

Respectfully submitted,

J. BISHOP GREWELL
Acting United States Attorney

By: *s/Brian Dunn*
Brian Dunn
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: brian.dunn@usdoj.gov
Attorney for the United States

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 17th day of April, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to all email addresses of record.

                                            By: *s/Brian Dunn*
                                                 BRIAN DUNN