IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:25-cr-00123-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISHMAEL PETTY,

    Defendant.

---

**MOTION TO ACCEPT *PRO SE* PLEADINGS**

---

Ishmael Petty, through counsel, respectfully requests the Court accept the attached Exhibits 1 and 2 for filing. Exhibit 1 can be filed publicly as Mr. Petty's Election to Proceed Without Counsel. Counsel requests Exhibit 2 be accepted for filing under Level 3 restriction making it "viewable only by the Court and defendant's counsel." A separate Motion to Restrict is forthcoming.

DATED: May 7, 2025

                                              Respectfully Submitted,

                                              *s/ Patrick J. Burke*
Patrick J. Burke, #4943
Patrick J. Burke, P.C.
303 16th Street, Suite 200
Denver, CO 80202
(303) 825-3050
Patrick-j-burke@msn.com

*s/ David G. Maxted*
David G. Maxted

1

Maxted Law LLC
1543 Champa Street Suite 400
Denver, CO 80202
(720) 717-0877
dave@maxtedlaw.com

*s/ Jamie Hubbard*
Jamie Hubbard, #48552
Stimson LaBranche Hubbard, LLC
1652 Downing Street
Denver, Colorado 80218
720-689-8909
Hubbard@slhlegal.com
**Attorneys for Ishmael Petty**

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was electronically filed via CM/ECF and will be served electronically to counsel of record and will be served on Mr. Petty as noted.

Sent via First Class Mail to:
Mr. Ishmael Petty, 10783-042
U.S. Penitentiary
Administrative Maximum
PO BOX 8500
Florence, CO 81226-8500

*s/ Jennifer J. Feldman*
Jennifer J. Feldman