**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:25-cr-00123-CNS

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ISHMAEL PETTY,

     Defendant.

---

## MOTION TO RESTRICT DOCUMENT

---

Attorney David Maxted respectfully moves this Court for a Level 3 Restriction to document 50 filed on May 7, 2025, as well as the Brief In Support of this Motion.  Counsel requests a Level 3 restriction which would make document 50 and the Brief in Support "viewable only by the Court and defendant's counsel" in this case.

DATED: May 7, 2025

                               Respectfully Submitted,

                               *s/ David G. Maxted*
                               David G. Maxted
                               Maxted Law LLC
                               1543 Champa Street
                               Suite 400
                               Denver, CO 80202
                               (720) 717-0877
                               dave@maxtedlaw.com

                               Patrick J. Burke, #4943
                               Patrick J. Burke, P.C.
                               303 16th Street, Suite 200
                               Denver, CO 80202

(303) 825-3050
Patrick-j-burke@msn.com


Jamie Hubbard, #48552
Stimson LaBranche Hubbard, LLC
1652 Downing Street
Denver, Colorado 80218
720-689-8909
Hubbard@slhlegal.com
***Attorneys for Ishmael Petty***


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was electronically filed via CM/ECF and will be served to all parties in this case as well served as noted below.

Sent via First Class Mail to:
Mr. Ishmael Petty, 10783-042
U.S. Penitentiary
Administrative Maximum
PO BOX 8500
Florence, CO 81226-8500

*s/ David G. Maxted*
    David G. Maxted