IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:25-cr-00123-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISHMAEL PETTY,

    Defendant.

---

**UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF ALL ISSUES RELATED TO COUNSEL**

---

    Ishmael Petty, through counsel, requests the Court stay all proceedings pending resolution of the motions filed May 7, 2025 relating to Mr. Petty's assertion of his right to defend himself and the composition of the defense team. As the case is currently postured, undersigned counsel has ethical and Constitutional concerns about their ability to file pleadings on Mr. Petty's behalf. Accordingly, counsel seeks a stay of all pending deadlines until after issues related to Mr. Petty's representation—including self-representation—are resolved.

    Defense counsel conferred with the Government and is authorized to represent that the Government does not oppose the request for a stay.

    DATED: May 8, 2025

                                                Respectfully Submitted,

                                                *s/ Patrick J. Burke*
                                                Patrick J. Burke, #4943
                                                Patrick J. Burke, P.C.

        303 16th Street, Suite 200
        Denver, CO 80202
        (303) 825-3050
        Patrick-j-burke@msn.com

        David G. Maxted
        Maxted Law LLC
        1543 Champa Street Suite 400
        Denver, CO 80202
        (720) 717-0877
        dave@maxtedlaw.com

        Jamie Hubbard, #48552
        Stimson LaBranche Hubbard, LLC
        1652 Downing Street
        Denver, Colorado 80218
        720-689-8909
        Hubbard@slhlegal.com
        ***Attorneys for Ishmael Petty***

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing document was electronically filed via CM/ECF which will serve all parties of record electronically.  A copy has also been served to Mr. Petty as noted below.

Sent via First Class Mail to:
Mr. Ishmael Petty, 10783-042
U.S. Penitentiary
Administrative Maximum
PO BOX 8500
Florence, CO 81226-8500

        *s/ Jennifer J. Feldman*
          Jennifer J. Feldman