IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:25-cr-00123-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISHMAEL PETTY,

    Defendant.

**MOTION TO RESTRICT GOVERNMENT'S MEMORANDUM AT LEVEL 2 RESTRICTION**

Ishmael Petty, through counsel, requests the Court restrict the United States' Memorandum Requesting a *Faretta* Hearing (ECF No. 60) at Level 2, viewable only by the parties and the Court.

The defense filed multiple pleadings under Level 3 restriction, meaning they are viewable only by the Court and the defense. The only information about these pleadings available to the Government and the public is the note which states: "RESTRICTED DOCUMENT – Level 3". The United States' Memorandum contains a statement regarding "Petty's appointed attorneys," ECF No. 60 at 2.

Thus, the Memorandum, which is filed publicly, contains the Government's thoughts about the probable content of these restricted filings. ECF No. 60 at 2. Regardless of the educated nature of these guesses, given the non-public nature of these filings, it is inappropriate to have information in the public realm that speculates about their subject matter. Accordingly, the defense requests that the Government's Memorandum be

1

placed under restriction at Level 2, viewable by the Government, the defense, and the Court.

*Statement of Conferral:* The defense has conferred with the Government, who opposes the relief requested. The position of AUSA Brian Dunn is that the foregoing Memorandum need not be restricted because the public filings, including Mr. Petty's Election to Proceed Without Counsel and the Unopposed Motion to Stay Proceedings Pending Resolution of All Issues Related to Counsel, allow him to include that statement in the Memorandum. The undersigned disagree with Mr. Dunn's position; hence, the filing of this Motion to Restrict.

DATED: May 22, 2025

Respectfully Submitted,

*s/ Patrick J. Burke*
Patrick J. Burke, #4943
Patrick J. Burke, P.C.
303 16th Street, Suite 200
Denver, CO 80202
(303) 825-3050
Patrick-j-burke@msn.com

David G. Maxted
Maxted Law LLC
1543 Champa Street Suite 400
Denver, CO 80202
(720) 717-0877
dave@maxtedlaw.com

Jamie Hubbard, #48552
Stimson LaBranche Hubbard, LLC
1652 Downing Street
Denver, Colorado 80218
720-689-8909
Hubbard@slhlegal.com
**Attorneys for Ishmael Petty**

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing document was electronically filed via CM/ECF which will be served on the parties of record and will be served as noted below:

Sent via First Class Mail to:
Mr. Ishmael Petty, 10783-042
U.S. Penitentiary
Administrative Maximum
PO BOX 8500
Florence, CO 81226-8500

                                               *s/ Jennifer J. Feldman*
                                               Jennifer J. Feldman