IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | |
|---|---|
| Criminal Action: 25-cr-00123-CNS | Date: May 23, 2025 |
| Courtroom Deputy: Meghan Smotts | Court Reporter: Sarah Mitchell |
| Interpreter: N/A | Probation: N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | *Brian Dunn* |
| | *Garreth Winstead* |
| **Plaintiff** | |
| v. | |
| 1. ISHMAEL PETTY | *Patrick Burke* |
| | *Jamie Hubbard* |
| | *David Maxted* |
| **Defendant** | |

## COURTROOM MINUTES

**MOTION HEARING**

Court in Session: 9:08 a.m.

Appearance of counsel.

Defendant present in custody.

Discussion held on status of the case and pending motions.

9:10 a.m.      Government excused. This portion of the hearing is sealed.

10:12 a.m.     Government present.

As outlined on the record, it is

**ORDERED:  Learned counsel will be appointed by separate order as stated on the record.**

**ORDERED:** **[50] Restricted Document – Level 3 is TAKEN UNDER ADVISEMENT as stated on the record.**

**[53] Restricted Document – Level 3 is DENIED as MOOT in light of the Court's separate order pertaining to learned counsel appointment.**

**[47] Restricted Document – Level 3 is TAKEN UNDER ADVISEMENT as stated on the record.**

**[44] Restricted Document – Level 3 is DENIED.**

**ORDERED:** **Defendant may file a reply to [41] RESPONSE in Opposition by USA by May 26, 2025.**

**ORDERED:** **STATUS CONFERENCE set for June 20, 2025, at 11:00 a.m. before the Honorable Judge Charlotte N. Sweeney is VACATED.**

Discussion held on counsel's access to the defendant at ADX and the defendant's access to a computer to review discovery.

**ORDERED:** **Defendant is remanded to the custody of the U.S. Marshal.**

Court in Recess:  10:24 a.m.          Hearing concluded.          Total time in Court:   01:16