IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:25-cr-00123-CNS-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISHMAEL PETTY,

    Defendant.

---

ORDER APPOINTING LEARNED COUNSEL UNDER THE CRIMINAL JUSTICE ACT

---

    At the direction of the Court, the Federal Public Defender, acting in her capacity under 18 U.S.C. §3005, recommends the appointment of John Philipsborn, Esq., for the limited purpose of advising Defendant Ishmael Petty on his decision to proceed pro se. I find and conclude that Mr. Philipsborn is learned counsel within the meaning of 18 U.S.C. § 3005, and the Guide to Judiciary Policy, Vol. 7A, § 620.30(b) and hereby order his appointment.

    Dated this 28th day of May 2025.

BY THE COURT

_____
Charlotte N. Sweeney
United States District Judge