IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Criminal Action No. 25-cr-00123-CNS-1


UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

ISHMAEL PETTY,

        Defendant.

-----------------------------------------------------------------

REPORTER'S TRANSCRIPT
Arraignment and Discovery Hearing

-----------------------------------------------------------------

Proceedings before the HONORABLE TIMOTHY P. O'HARA, Judge, United States District Court for the District of Colorado, commencing on the 2nd day of May, 2025, in Courtroom A-702, United States Courthouse, Denver, Colorado.

APPEARANCES

For the Plaintiff:
BRIAN M. DUNN and EDWIN GARRETH WINSTEAD, III, U.S. Attorney's Office, 1801 California St., Ste. 1600, Denver, CO 80202

For the Defendant:
PATRICK J. BURKE, PC, 303 16th St., Ste. 200, Denver, CO, 80202
DAVID G. MAXTED, Maxted Law LLC, 1543 Champa St., Ste. 400, Denver, CO 80202
JAMIE HUGHES HUBBARD, Stimson LaBranche Hubbard, LLC, 1652 North Downing St., Denver, CO 80218


Sarah K. Mitchell, RPR, CRR, 901 19th Street, Room A252, Denver, CO 80294, 303-335-2108
Proceedings reported by mechanical stenography; transcription produced via computer.

25-cr-00123-CNS-1  Arraignment/Disc. Hearing    05/02/2025    2

          *          *          *          *          *

    (The proceedings commenced at 12:58 p.m.)

          THE COURT:  I'll call the case of 25-cr-123-CNS.
It's the United States of America versus Ishmael Petty.  I'll
start by taking appearances of counsel, first on behalf of the
Government.

          MR. DUNN:  Good afternoon, Your Honor.  Brian Dunn
and Garreth Winstead for the United States.

          THE COURT:  Good afternoon to you both.  Welcome.

          And on behalf of the defendant.

          MR. BURKE:  Good afternoon, Your Honor.  Patrick
Burke appearing on behalf of Ishmael Petty, who is seated to
my right.

          MR. MAXTED:  And good afternoon, Your Honor.  David
Maxted also here on behalf of Mr. Petty.

          MS. HUBBARD:  And Jamie Hubbard on behalf of
Mr. Petty.

          THE COURT:  Good afternoon to all three of you, and
good afternoon to you, Mr. Petty.

          THE DEFENDANT:  Good afternoon.  Nice to see you.

          THE COURT:  Nice to see you.  All right.  So as I
said, we're -- well, we're here for an arraignment and
discovery conference.  As it relates to the arraignment, there
are two counts in the indictment, and Mr. Petty already
appeared on his initial appearance before Judge Neureiter.

                    Sarah K. Mitchell, RPR, CRR

25-cr-00123-CNS-1  Arraignment/Disc. Hearing    05/02/2025    3

There are two counts in the indictment.  Is the defense prepared to enter a plea as to the two counts in the indictment?

MR. BURKE:  We are, Your Honor.  We would enter pleas of not guilty to both counts.

THE COURT:  Great.

MR. BURKE:  And we would waive a reading of the indictment.

THE COURT:  Okay.  Then I will enter counts of not guilty as to both Count 1 and Count 2, and I will not engage in a further reading or advisement of the charges as I know that counsel have gone over the indictment with their client.

As it relates to the discovery conference memorandum and order, I note that the parties have gone through this. And as it relates to reciprocal discovery, do the parties -- do the defense -- does the defense request the disclosures listed in paragraphs 7, 8 and 9 --

MR. BURKE:  We do, Your Honor.

THE COURT:  Sure.  Then I will circle those for you. I'm just going through this document.  I note that the initial -- the parties have calculated initial dates as relates to this matter.  I also note that the Government has filed a motion to declare the case complex and that these dates will likely be moved, but I will set the initial dates.  The 30-day date is 5/16/2025, 70-day date is 6/25/25, the 90-day date is

Sarah K. Mitchell, RPR, CRR

25-cr-00123-CNS-1  Arraignment/Disc. Hearing    05/02/2025    4

July 15th, 2025.

There's a space here as well if the defense has received a criminal history of Mr. Petty.  Has the defense received that from the office of --

MR. BURKE:  We have, Your Honor.

THE COURT:  All right.  I'll just put today's date then, today being 5/2/25.  It looks like the Government intends to make its initial discovery disclosure on May the 16th.  How about we say June the 16th for the defendant's initial disclosures?  How does that sound?

MR. BURKE:  That's fine, Your Honor.

THE COURT:  All right.  Great.  And I don't have a calendar up.  Is June 15th a weekday or a weekend, Mr. Torres?

THE COURTROOM DEPUTY:  Your Honor, that is a Sunday.

THE COURT:  Then we'll go to June 16th.  We'll give you an extra day to make your disclosures, Defense.

All right.  Then I note that the parties have been through this and everything appears to be in order.  I will go ahead and sign this, make it an order of the Court.

All right.  On the issue of detention, I note that based on the nature of the charge and Mr. Petty's current custodial situation, detention is not an issue.  Agreed, Defense?

MR. BURKE:  Agreed, Your Honor.

THE COURT:  Then we don't need to address the issue

Sarah K. Mitchell, RPR, CRR

25-cr-00123-CNS-1 Arraignment/Disc. Hearing    05/02/2025    5

of detention, and I will enter an order of detention as it relates to this matter.  Then I know that Judge Sweeney has a status conference set here shortly at 1:30, but I don't believe there's anything else we can cover.  Anything else on your behalf or on Mr. Petty's behalf, Mr. Burke?

MR. BURKE:  Nothing on our behalf, Your Honor.

THE COURT:  Thank you very much.

MR. BURKE:  Thank you.

THE COURT:  Anything else on the Government's behalf for purposes of this hearing?

MR. DUNN:  No thank you, Your Honor.

THE COURT:  Then good to see everyone.  Good to see you, Mr. Petty.  Good luck.  We'll be in recess.

THE COURTROOM DEPUTY:  All rise.  Court is in recess.

(The proceedings were concluded at 1:03 p.m.)

Sarah K. Mitchell, RPR, CRR

REPORTER'S CERTIFICATE

I, SARAH K. MITCHELL, Official Court Reporter for the United States District Court for the District of Colorado, a Registered Professional Reporter and Certified Realtime Reporter, do hereby certify that I reported by machine shorthand the proceedings contained herein at the time and place aforementioned and that the foregoing pages constitute a full, true and correct transcript.

Dated this 15th day of May, 2025.


_____/s/ Sarah K. Mitchell_____

SARAH K. MITCHELL
Official Court Reporter
Registered Professional Reporter
Certified Realtime Reporter


Sarah K. Mitchell, RPR, CRR