IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:25-cr-00123-CNS

UNITED STATES OF AMERICA,

 Plaintiff,

v.

ISHMAEL PETTY,

 Defendant.

## MOTION TO RESTRICT DOCUMENT

 COMES NOW, Attorney Jamie Hubbard, and hereby respectfully moves this Court for a Level 3 Restriction to document 82 filed on June 27, 2025, as well as the Brief in Support of this Motion. Counsel requests a Level 3 restriction which would make document 82 and the Brief in Support "viewable only by the Court and defendant's counsel" in this case.

 DATED: June 27, 2025

              Respectfully Submitted,

              *s/ Patrick J. Burke*
              Patrick J. Burke, #4943
              Patrick J. Burke, P.C.
              303 16th Street, Suite 200
              Denver, CO 80202
              (303) 825-3050
              Patrick-j-burke@msn.com

*s/ David G. Maxted*
David G. Maxted, #52300
Maxted Law LLC
1543 Champa Street Suite 400
Denver, CO 80202
(720) 717-0877
dave@maxtedlaw.com

*s/ Jamie Hubbard*
Jamie Hubbard, #48552
Stimson LaBranche Hubbard, LLC
1652 Downing Street
Denver, Colorado 80218
720-689-8909
Hubbard@slhlegal.com

*Attorneys for Ishmael Petty*

### CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, a true copy of the foregoing document was electronically filed via CM/ECF and will be served to all parties in this case as well served as noted below.

Sent via First Class Mail to:
Mr. Ishmael Petty, 10783-042
U.S. Penitentiary
Administrative Maximum
PO BOX 8500
Florence, CO 81226-8500

*s/ Nancy Hickam*
Nancy Hickam, Paralegal

2