# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE NO. 1:25-cr-00123-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISHMAEL PETTY,

    Defendant.

---

## NOTICE REGARDING ACCESS TO RESTRICTED JULY 1, 2025 MINUTE ORDER (ECF No. 91)

---

Defendant Ishmael Petty, through counsel, hereby submits this Notice as to the service and retention of the Court's July 1, 2025 Level 3 Restricted Minute Order.

On July 1, 2025, the Court entered a Minute Order (ECF No. 91) that begins: "RESTRICTED MINUTE ORDER – Level 3 as to Ishmael Petty." The Restricted Minute Order goes on to reference multiple other pleadings that were filed by the defense under Level 3 restriction, meaning they are viewable only by the Court and defense counsel. Given the plain language of the Restricted Minute Order and the references to other restricted pleadings filed by the defense, it is apparent the Restricted Minute Order was intended to be viewed only by defense counsel.

Shortly after the Minute Order was entered, defense counsel was contacted by Brandon Willms, an attorney with the Bureau of Prisons, whose correspondence specifically referenced the contents of the Restricted Minute Order. Defense counsel was surprised that Mr. Willms was aware of the Minute Order, given its restricted

designation. Defense counsel reviewed the Certificate of Service for the Restricted Minute Order and realized that, while Mr. Willms was not a direct recipient of the pleading, the Restricted Minute Order was served on counsel for the Government.

Defense counsel immediately reached out to the Government, who acknowledged receiving the Restricted Minute Order and providing it to Mr. Willms. The Government agreed that they likely should not have received the Restricted Minute Order and agreed to destroy all copies in their possession. Additionally, upon being contacted by the defense about this issue, the Government reached out to Mr. Willms and asked that he destroy all copies of the Minute Order in his possession; Mr. Willms agreed.

During these conferral discussions, the Government also confirmed that ECF No. 91 is not presently available to them through the Court's CM/ECF system. Thus, it appears whatever setting allowed the Government to access the Restricted Minute Order has since been corrected.

Given the above, the defense does not believe any additional action is required by the Court on this matter. This Notice is filed to ensure a full and complete record in this matter.

Respectfully submitted this 3rd day of July, 2025.

*s/ Jamie Hubbard*

Patrick J. Burke, #4943
Patrick J. Burke, P.C.
303 16th Street, Suite 200
Denver, Colorado 80202
303-825-3050
Patrick-j-burke@msn.com

David G. Maxted, #52300
Maxted Law LLC
1543 Champa Street, Suite 400
Denver, Colorado 80202
720-717-0877
Dave@maxtedlaw.com

Jamie Hubbard, #48552
Kathryn Stimson, #36783
Stimson LaBranche Hubbard, LLC
1652 Downing Street
Denver, Colorado 80218
720-689-8909
Hubbard@slhlegal.com
stimson@slhlegal.com

*Attorneys for Ishmael Petty*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 3, 2025, a true copy of the foregoing document was electronically filed via CM/ECF and will be served only on the Court and counsel to Mr. Petty, and will be served as noted below.

Sent via First Class Mail to:
Mr. Ishmael Petty, 10783-042
U.S. Penitentiary
Administrative Maximum
PO BOX 8500
Florence, CO 81226-8500

                                        *s/ Nancy Hickam*
                                        Nancy Hickam, Paralegal