IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:25-cr-00123-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISHMAEL PETTY,

    Defendant.

---

### MOTION TO RESTRICT DOCUMENT

---

    COMES NOW, Attorney Jamie Hubbard, and hereby respectfully moves this Court for a Level 3 Restriction to document 93 filed on July 8, 2025, as well as the Brief in Support of this Motion. Counsel requests a Level 3 restriction which would make document 93 and the Brief in Support "viewable only by the Court and defendant's counsel" in this case.

    Respectfully submitted this 8th day of July, 2025.

                                           *s/ Jamie Hubbard*

                                           Patrick J. Burke, #4943
                                           Patrick J. Burke, P.C.
                                           303 16th Street, Suite 200
                                           Denver, Colorado 80202
                                           303-825-3050
                                           Patrick-j-burke@msn.com

David G. Maxted, #52300
Maxted Law LLC
1543 Champa Street, Suite 400
Denver, Colorado 80202
720-717-0877
Dave@maxtedlaw.com

Jamie Hubbard, #48552
Kathryn Stimson, #36783
Stimson LaBranche Hubbard, LLC
1652 Downing Street
Denver, Colorado 80218
720-689-8909
Hubbard@slhlegal.com
stimson@slhlegal.com

*Attorneys for Ishmael Petty*

Case No. 1:25-cr-00123-CNS   Document 94   filed 07/08/25   USDC Colorado   pg 2 of 3

2

## CERTIFICATE OF SERVICE

      I hereby certify that on July 8, 2025, a true copy of the foregoing document was electronically filed via CM/ECF and will be served only on the Court and counsel to Mr. Petty, and will be served as noted below.

Via hand delivery on July 10, 2025 to:
Mr. Ishmael Petty, 10783-042
U.S. Penitentiary
Administrative Maximum
PO BOX 8500
Florence, CO 81226-8500

                                  *s/ Nancy Hickam*
                                  Nancy Hickam, Paralegal