IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | | |
|---|---|---|---|
| Criminal Action: | 25-cr-00123-CNS | Date: | July 18, 2025 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Sarah Mitchell |
| Interpreter: | N/A | Probation: | N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | *Barry Disney* |
| | *Brian Dunn* |
| | *Garreth Winstead* |
| **Plaintiff** | |
| v. | |
| 1. ISHMAEL PETTY | *Patrick Burke* |
| | *Jamie Hubbard* |
| | *David Maxted* |
| **Defendant** | |

## COURTROOM MINUTES

**MOTION HEARING**

Court in Session: 1:33 p.m.

Appearances of counsel. Present via telephone is learned counsel John Philipsborn.

Defendant is present in custody.

Government excused and *ex parte* hearing held. This portion of the hearing is sealed.

**ORDERED:** **[89] Restricted Document- Level 3 is GRANTED.**

**[50] Restricted Document – Level 3 is GRANTED.**

**[47] Restricted Document – Level 3 is GRANTED.**

**ORDERED:** **[85] Notice of Attorney Appearance as CJA Counsel of Kathryn Stimson is STRICKEN.**

**[93] Restricted Document – Level 3 and [96] Restricted Document – Level 3 are DENIED as MOOT.**

**[86] Restricted Document – Level 3 is DENIED.**

Government counsel present.

The Court informs all parties as to the status of the case.

**ORDERED:** **Mr. Burke and Mr. Maxted are withdrawn from the case.**

**[60] Restricted Document – Level 2 is DENIED as MOOT.**

**New learned counsel to be appointed.**

**The government is to continue preserving video and audio recordings of Defendant in its current possession as previously ordered.**

**Defendant is remanded to the custody of the U.S. Marshal.**

Court in Recess: 2:34 p.m.        Hearing concluded.        Total time in Court:   01:01