IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 25-cr-00123-CNS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ISHMAEL PETTY,

        Defendant.

## Joint Status Report

United States, through counsel, and Ishamel Petty, through counsel, submit the following joint status report in accordance with the Court's order at the September 12, 2025 status conference.

1. <u>Video Footage of Mr. Petty at ADX</u>

As ordered by the Court, the Government has been preserving all video footage of Mr. Petty at ADX since April 9, 2025. The Government produced the first 700 hours of video footage (captured between April 9, 2025 and May 7, 2025) on November 26, 2025. After the defense has an opportunity to review this initial production, the parties intend to resume discussions on preservation and production of the remainder of the footage to date as well as future footage.

2. <u>Status of Discovery Production</u>

In late August, the Government provided the current defense team with a copy of all pre-indictment discovery as well as some additional documentation. The Government believes its initial discovery production is complete and does not expect any additional

discovery production until specific discovery requests are made. The parties anticipate beginning conferral on specific discovery requests in early 2026.

3. Scheduling Order

The Court's 180-day exclusion of time from the Speedy Trial clock expires February 5, 2026. The parties anticipate beginning conferral on a possible scheduling order soon with the hope of submitting either a joint proposed scheduling order or their respective positions on a scheduling order by the expiration of the current exclusion period.

4. Status Conference

The parties believe a status conference in late January or early February would permit them to confer on the above issues (and others that may arise) and be prepared to discuss scheduling the next phase of the case with the Court.

Dated: December 1, 2025

Respectfully submitted,

*s/Brian Michael Dunn*

Brian Michael Dunn
Garreth Winstead
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Phone: 303-454-0100
Brian.Dunn@usdoj.gov
Garreth.Winstead@usdoj.gov

Respectfully submitted,

*s/ Jamie Hubbard*
*s/ Kathryn Stimson*

Jamie Hubbard
Kathryn Stimson
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone/Fax: 720.689.8909
Email: hubbard@slhlegal.com
stimson@slhlegal.com

*s/Tim Burdick*

Tim Burdick
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, Kansas 66101
Telephone: (913) 551-6712
E-mail: Tim_Burdick@fd.org

*Attorneys for Ishmael Petty*

## CERTIFICATE OF SERVICE

      I certify that on December 1, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will a notice of electronic filing to all interested parties.

                                            *s/ Nancy Hickam*
                                            Nancy Hickam, Paralegal